917 P.2d 727

# SUPREME COURT OF HAWAI‘I

| | | | | |
|---|---|---|---|---|
| State v. Clark | 17183 | 03/07/96 | Vacated and Remanded in part, Affirmed in part | |
| Doe, In re: John (DOB 3/13/73) | 16227 | 04/09/96 | Reversed | |
| State v. Sambueno | 17500 | 04/09/96 | Affirmed | |
| State v. Mitchell | 17531 | 04/16/96 | Affirmed | |
| State v. Robinson | 18986 | 04/18/96 | Affirmed | |
| State v. Creots | 17664 | 04/29/96 | Affirmed | |
| State v. Froerer | 18533 | 04/29/96 | Affirmed | |
| Enos v. Pacific Transfer & Warehouse, Inc. | 18128 | 2/9/96 | Denied | 80 Hawai‘i 345, 910 P.2d 116 |
| Kauai Hotel, L.P. v. County of Kauai | 18910 | 5/16/96 | Denied | 81 Hawai‘i 257, 915 P.2d 1358 |
| County of Maui v. K M Hawaii Inc. | 18292 | 5/16/96 | Denied | 81 Hawai‘i 248, 915 P.2d 1349 |
| Hunt v. First Ins. Co. of Hawai‘i, Ltd. | 16515 | 5/24/96 | Granted | —— Hawai‘i ——, —— P.2d —— |
| State v. Bagasol | 17474 | 4/10/96 | Granted | —— Hawai‘i ——, —— P.2d —— |
| State v. Bailey | 17360 | 4/10/96 | Granted | —— Hawai‘i ——, —— P.2d —— |
| State v. Domingo | 16793 | 4/29/96 | Granted | —— Hawai‘i ——, —— P.2d —— |
| State v. McMillen | 16760 | 2/2/96 | Granted | —— Hawai‘i ——, —— P.2d —— |
| State v. Mori | 16270 | 3/18/96 | Granted | —— Hawai‘i ——, —— P.2d —— |
| State v. Timas | 16262 | 3/18/96 | Denied | —— Hawai‘i ——, —— P.2d —— |